UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF PENNSYLVANIA

KAREEM MILLHOUSE,
        PLAINTIFF,

                                CIVIL ACTION NO.

V.                              1:19-CV-2072

UNITED STATES OF
AMERICA, FEDERAL BUREAU OF PRISONS,
        DEFENDANTS.

I. JURISDICTION

FEDERAL TORT CLAIM ACT

II. PARTIES

(A) PLAINTIFF: KAREEM MILLHOUSE, 59904066
        FEDERAL CORRECTIONAL COMPLEX
        USP-1, P.O. BOX 1033
        COLEMAN, FL 33521

(B) DEFENDANT(S): UNITED STATES OF AMERICA

III. CLAIMS

(1) ON APPROXIMATE FEBRUARY 27, 2019 PLAINTIFF FELL DESCENDING UPPER BUNK AND INJURED HIS LEFT KNEE.

(2) ON APPROXIMATELY MARCH 6, 2019 PLAINTIFF FELL DESCENDING UPPER BUNK AND BROKE HIS RIGHT HAND.

THE UNITED STATES OF AMERICA AND FEDERAL BUREAU OF PRISONS IS RESPONSIBLE FOR ITS

(1)

EMPLOYEES CONDUCT.

THE CORRECTIONAL OFFICERS ON E-UNIT WHO ASSIGNED PLAINTIFF TO AN UPPER BUNK WHILE HE HAD LOWER BUNK AUTHORIZATION WAS NEGLIGENT AND THE PROXIMATE CAUSE OF PLAINTIFF'S INJURIES. FURTHERMORE, PLAINTIFF'S LOWER BUNK AUTHORIZATION WAS TAPED TO HIS DOOR AND NOTED IN SENTRY.

V. ADDITIONAL CLAIMS

(3) PLAINTIFF HAD MEDICAL SHOE AUTHORIZATION AND MEDICAL STAFF FAILED TO PROVIDE MEDICAL SHOES CAUSING EXCRUCIATING PAIN, PLAINTIFF DO NOT KNOW THE EXTENT OF THIS INJURIES AS HE WAS NEVER EXAMINED BUT WAS PREVIOUSLY DIAGNOSED WITH WORSTENING NEUROPATHY OF LEFT FOOT.

(4) ON APRIL 16, 2018 PLAINTIFF WAS DENIED A PRESCRIPTION FOR THE PAIN MEDICATION "LYRICA" BY "CENTRAL OFFICE" WHO STATED "RESUBMIT" AFTER ADEQUATE TRIAL OF FORMULARY MEDICATION.

IN 2018 DR EDINGER STATED HE CANNOT PRESCRIBE ANY PAIN MEDICATION AND HE'S OUT OF OPTIONS.

(2)

MEDICAL STAFF WAS NEGLIGENT by NOT PROVIDING MEDICAL SHOES AND PRESCRIPTION OF LYRICA AFTER ADEQUATE TRIAL OF FORMULARY MEDICATION MARCH 26, 2019 thru JUNE 10, 2019. PROLONGING PLAINTIFF'S PAIN AND SUFFERING.

IV. RELIEF

$100,000,000.00 COMPENSATORY DAMAGES

V. CERTIFICATION

I, KAREEM MILLHOUSE, HEREBY CERTIFY the ABOVE IS TRUE AND CORRECT.

RESPECTFULLY SUBMITTED

DATED: NOVEMBER 13, 2019   S/ KM *[signature]*

(3)

Kareem Milhouse, 59404-0b0
Federal Correctional Complex
USP-1, P.O. Box 1033
Coleman, FL 33521

RECEIVED
SCRANTON
DEC 02 2019
PER _____ DEPUTY CLERK

Special/Legal Mail
In compliance with
P.S. 5465.14

TAMPA FL 335
SAINT PETERSBURG FL
27 NOV 2019 PM 7 L

Peter J. Welsh, Clerk
Middle District of Pennsylvania
William J. Nealon Federal Building
P.O. Box 1148
235 North Washington Avenue
Scranton, PA 18501

18501-500199